[Crim. No. 738. Second Appellate District, Division Two.—August 10, 1920.]

In the Matter of the Application of JAMES E. TIFFANY for a Writ of Habeas Corpus in Behalf of MILO JAMES TIFFANY.

[1] JUVENILE COURT ACT — JUDGMENT — HABEAS CORPUS. — Writ discharged on authority of *Matter of William McFarland Tiffany, ante,* p. 44.

PROCEEDING on Habeas Corpus to secure the release of a minor from the custody of the juvenile court. Writ discharged.

The facts are the same as in *Matter of William McFarland Tiffany, ante,* p. 44.

W. W. Judd for Petitioner.

Paul W. Schenck and Richard Kittrelle for Respondent.

THE COURT.—[1] The facts in this proceeding are in all material respects the same as in *Matter of William McFarland Tiffany, ante,* p. 44, [192 Pac. 547]. For reasons there given, the writ is discharged.